6

KRONSBEIN *v.* TRUSTEES OF SCHOOLS OF
TOWNSHIP THREE ET AL.

No. 183.   Decided October 10, 1966.

*Kenneth F. Kelly* for appellant.

*G. William Horsley* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BOARD OF SATANTA JOINT RURAL HIGH
SCHOOL DISTRICT NO. 2 ET AL. *v.* GRANT
COUNTY PLANNING BOARD ET AL.

No. 192.   Decided October 10, 1966.

*Dale M. Stucky* for appellants.

*Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.